

**LAW OFFICE OF DARRYN G. SOLOTOFF**
ATTORNEYS AT LAW

25 Melville Park Road
Suite 108
Melville, New York 11747
T 516-695-0052
DS@lawsolo.net

<u>VIA ECF</u>

February 9, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020

Hon. Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     Re: Calcano v. Allora 2 Spa Inc.
       Case No.: 1:19-cv-09715-VEC

Dear Judge Caproni:

  This firm is counsel to Plaintiff Marcos Calcano in the above-referenced matter. Per your honor's Individual Rules; (i) Plaintiff's counsel will be away in Florida on a trip that was planned with family (proof of flight itinerary will be provided on request) during the week of the originally scheduled Initial Conference; (ii) this matter is scheduled for an Initial Conference on February 21, 2020 (Dk#4); (iii) no previous request was made seeking an adjournment of the Initial Conference; (iv) Defendant consents to the request for an adjournment; and (v) the requested adjournment is made for a date in March 2020, excluding March 2, 2020 through March 6, 2020. Based on the above, Plaintiff respectfully requests your honor grant a request for an adjournment to a date in March 2020.

  Thank you for your kind consideration of this request.

            Respectfully submitted,
            /s/
            Darryn G. Solotoff, Esq

DS

Application GRANTED. The IPTC is adjourned to **March 13, 2020, at 10:00 a.m.** The Parties' preconference letter and proposed Case Management Plan are due no later than **March 5, 2020**.

SO ORDERED.

*[signature]*

2/10/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE